1  Abraham J. Colman (SBN 146933)
   Email:  acolman@reedsmith.com
2  Raffi Kassabian (SBN 260358)
   Email:  rkassabian@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue
4  Suite 2900
   Los Angeles, CA  90071-1514
5  Telephone: +1 213 457 8000
   Facsimile: +1 213 457 8080
6

7  Attorneys for Defendant
   SELECT PORTFOLIO SERVICING, INC.
8

9                   **UNITED STATES DISTRICT COURT**

10                **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

11

| | |
|---|---|
| 12  ALFREDO LACESTE and<br>    VERONICA LACESTE,<br>13<br>14            Plaintiffs,<br>15      v.<br>16<br>    BANK OF AMERICA, N.A.; SELECT<br>17  PORTFOLIO SERVICING INC.; a<br>    foreign corporation; and DOES 1<br>18  through 10 inclusive,<br>19<br>            Defendants.<br>20 | Case No.: 2:16-cv-02063-LEK<br><br>**ORDER GRANTING SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT FOR FRAUD, ETC.**<br><br>**[E.D. Cal. Local R. 144(a)]**<br><br><br>Date Filed: August 29, 2016<br>Trial Date: Not set |

21

22

23

24

25

26

27

28

# ORDER GRANTING SECOND STIPULATION
# FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
# FOR FRAUD, ETC.

Having considered the Stipulation between Plaintiffs ALFREDO LACESTE and VERONICA LACESTE (collectively, "Plaintiffs") and Defendant SELECT PORTFOLIO SERVICING, INC. ("Defendant"), wherein the Parties agreed to extend the time for Defendant to respond to and file an answer or other responsive pleading or motion to the Complaint in this proceeding to December 5, 2016, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's deadline to file an answer or other responsive pleading or motion to the Complaint in this proceeding is extended through and including December 5, 2016.

IT IS SO ORDERED.



Dated:  November 16, 2016.

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge